# IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Harrisonburg Division

| | |
|---|---|
| **In re:** | |
| **MARK R. BINEBRINK &** | **Chapter 7** |
| **DONNA M. BINEBRINK,** | **Bankruptcy Case No. 10-50575** |
| **Debtors.** | |
| **W. CLARKSON MCDOW, JR.,** | |
| **UNITED STATES TRUSTEE** | **Motion No.** |
| **FOR REGION FOUR,** | |
| **Movant,** | |
| v. | |
| **MARK R. BINEBRINK &** | |
| **DONNA M. BINEBRINK,** | |
| **Respondents.** | |

## AMENDED ORDER CONTINUING PRELIMINARY HEARING ON U.S. TRUSTEE'S MOTION TO DISMISS FOR ABUSE

In Harrisonburg, in this district.

Before the court today is the preliminary hearing on the Motion of the United States Trustee for the Western District of Virginia to dismiss this case for abuse. Counsel for the United States Trustee appeared and reported that counsel for the debtor had informed him of her intent to withdraw as counsel. Counsel for the United States Trustee therefore requested a continuance of the preliminary hearing. Based upon the pleadings filed herein and for other good cause shown, it is hereby

ORDERED that the hearing on the U.S. Trustee's motion to dismiss this case pursuant to 11 U.S.C. § 707(b) is continued to October 6, 2010 at 10:00 AM in this court in Harrisonburg, Courtroom, 3rd Flr, US Courthouse, 116 N Main St., Harrisonburg, VA 22802.

Counsel for the United States Trustee is directed to serve a copy of this order by first class mail postage prepaid upon the debtors, current counsel for the debtors, and the chapter 7 trustee.

ENTERED: August 26, 2010

*Ross W. Krumm*

_____
Ross W. Krumm,
United States Bankruptcy Judge

I ask for this:

 */s/ Joseph A. Guzinski*
Joseph A. Guzinski
Trial Attorney
Office of the U.S. Trustee
First Campbell Square
210 First Street, SW, Suite 505
Roanoke, VA 24011
(540) 857-2699
*Counsel for the U.S. Trustee*