UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| MARK R. BINEBRINK, | ) Case No. 10-50575 |
| DONNA M. BINEBRINK, | ) |
| | ) |
|     Debtors. | ) |
| | ) |
| WELLS FARGO FINANCIAL SYSTEM VIRGINIA, INC., | ) |
| SUCCESSOR BY MERGER TO WELLS FARGO | ) |
| FINANCIAL ACCEPTANCE SYSTEM VIRGINIA, INC., | ) |
| | ) |
|     Movant, | ) |
| | ) |
| v. | ) |
| MARK R. BINEBRINK, | ) |
| DONNA M. BINEBRINK and | ) |
| JOHN G. LEAKE, TRUSTEE, | ) |
| | ) |
|     Respondents. | ) |

DEFAULT ORDER

At Harrisonburg, in said District, this 10th day of September, 2010.

Upon the Motion for Relief from Stay of Wells Fargo Financial System Virginia, Inc., successor by merger to Wells Fargo Financial Acceptance System Virginia, Inc., by counsel, for relief from the automatic stay provisions of 11 U.S.C. § 362 as they pertain to personal property described as a 2003 Saturn Vue VIN 5GZCZ63B53S806619, and an opportunity for interested parties to be heard. No responsive pleading having been filed as required by the Pre-Hearing Order entered on August 26, 2010, it is hereby

Andrew S. Goldstein, Esquire
Virginia State Bar No. 28421
Magee, Goldstein, Lasky & Sayers, P.C.
P.O. Box 404
Roanoke, VA 24003-0404
(540) 343-9800
Counsel for Wells Fargo Financial System Virginia, Inc.,
successor by merger to Wells Fargo Financial Acceptance Virginia, Inc.

ORDERED

that Wells Fargo Financial System Virginia, Inc., successor by merger to Wells Fargo Financial Acceptance System Virginia, Inc., hereby is relieved from the automatic stay provisions of 11 U.S.C. § 362 as they pertain to the above-described property.

Nothing further remaining to be done, this matter is deemed closed, and is stricken from the Court's docket.

The Clerk is directed to attest copies of this Order to counsel for Movant, who shall comply with Local Rules regarding service.

_____
United States Bankruptcy Judge

REQUESTED:
WELLS FARGO FINANCIAL SYSTEM VIRGINIA, INC.,
SUCCESSOR BY MERGER TO
WELLS FARGO FINANCIAL ACCEPTANCE SYSTEM VIRGINIA, INC.,

By: /s/ Andrew S. Goldstein
    Of Counsel
Andrew S. Goldstein, Esquire
Virginia State Bar No. 28421
Magee, Goldstein, Lasky & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia  24003-0404
(540) 343-9800

Andrew S. Goldstein, Esquire
Virginia State Bar No. 28421
Magee, Goldstein, Lasky & Sayers, P.C.
P.O. Box 404
Roanoke, VA 24003-0404
(540) 343-9800
Counsel for Wells Fargo Financial System Virginia, Inc.,
successor by merger to Wells Fargo Financial Acceptance Virginia, Inc.